RECEIVED
IN MONROE, LA

JUN 19 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| CARLTON BUCKLEY | CIVIL ACTION NO. 06-0340 |
| VS. | SECTION P |
| OFFICER TAYLOR, ET AL. | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. and 2241 ... With Bond Considerations" [doc. 1] and, the "Motion for Bond Hearing and Court Approval for a Non-Process Alien, 'Whose Due Process' is in Dispute While Forcefully Held in Detention, Tensas Parish Detention Center, Louisiana" [doc. 2] be **DENIED** and **DISMISSED WITH PREJUDICE** for failing to state claims for which relief may be granted; and,

**IT IS FURTHER ORDERED** that the "Motion for Court Emergency Phone Call to Compel Warden D. Dauzat to Comply with Occupational Safety Health Agency Laws (OSHA) & Civil and Human Rights Abuses Usurped Upon Detainee" [doc. 3] and "Amended Court Emergency Motion to Compel Detention Center [Tensas] Into Compliance with Safety Laws From O.S.H.A. & the Cessation of Human Rights & Civil Rights Abuses Pursuant to 28 U.S.C. and 2241 ..." [doc. 4] be **DENIED** and **DISMISSED WITHOUT PREJUDICE** to petitioner's right to re-file his complaints on the appropriate forms and to pay the appropriate filing fees or seek *in forma pauperis* status.

THUS DONE AND SIGNED, in chambers, in Monroe, Louisiana, on this 16 day of June, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE